# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OMAR SOCARRAS and ANGEL CRESPIN-MENDOZA,

Plaintiff(s),

v.

TORMAR CLEANING SERVICES NEVADA, INC., et al.,

Defendant(s).

2:13-CV-84 JCM (VCF)

**ORDER**

Presently before the court is the matter of *Socarras v. Tormar Cleaning Services, et al.*, case no. 2:13-cv-84-JCM-VCF.

Plaintiff Omar Socarras has filed a complaint alleging violations of the Fair Labor Standards Act. (*See* generally Compl. doc. # 1). On March 28, 2013, plaintiff filed a motion for circulation of notice of the pendency of this action. (Doc. # 12). Before the court could rule on that motion, the parties filed consecutive stipulations agreeing to stay all proceedings so that they may engage in settlement discussions. (Doc. ## 23, 25, 29).

In light of these stipulations, the court will deny the motion to circulate notice without prejudice pending the results of the parties' settlement discussions. Depending on the outcome of those discussions, plaintiff may re-file his motion at a later time.

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for
3  circulation of notice (doc. # 12) be, and the same hereby is, DENIED without prejudice.

4  IT IS ALSO ORDERED, ADJUDGED and DECREED that a status hearing is hereby
5  scheduled for **Friday, February 14, 2014 at 10:00 a.m.**

6  DATED January 16, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -